

# Missouri Court of Appeals
## Southern District

## OCTOBER 27, 2014

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD33488

      Re:    CHRISTINE L. KENSINGER,
             Petitioner/Appellant,
             vs.
             MICHAEL R. KENSINGER, JR.,
             Respondent/Respondent.

2.    Case No.  SD31970

      Re:    BOBBY D. DANIELS,
             Employee-Appellant,
             v.
             NORANDA ALUMINUM, INC.,
             Employer-Respondent,
             and TREASURER OF THE STATE OF
             MISSOURI AS CUSTODIAN OF THE
             SECOND INJURY FUND,
             Respondent-Respondent.